UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JARIUS BROWN,

    Plaintiff,

vs.                                             CASE NO. 6:07-CV-1604-ORL-19GJK

A.R.C. TOWING, INC., and
ROBERT CAIME,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26, filed October 30, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No.26) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 24, filed October 23, 2008) is **GRANTED** to the extent that the parties' settlement is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   17th   day of November, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record